# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No. 3:21-cv-00753 |
| Plaintiff, | ) ) | |
| v. | ) ) | **Chief Judge Waverly D. Crenshaw Jr.** |
| | ) | **Magistrate Judge Alistair Newbern** |
| THE WHITING TURNER CONTRACTING COMPANY, | ) ) ) | **Jury Demand** |
| Defendant. | ) ) ) | |

---

## PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Plaintiff Equal Employment Opportunity Commission (Commission) submits this motion under the December 22, 2021 Initial Case Management Order (Doc. No. 18) and moves this Court for leave to file a Motion for Partial Summary Judgment. The Commission conferred with opposing counsel about the dispute underlying this motion; however, counsel for Defendant does not agree to file an amended answer or withdraw the asserted defenses at issue.

To support this motion, the Commission relies on its contemporaneously filed Memorandum in Support for Leave to File Motion for Partial Summary Judgment.

Date: June 30, 2022

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 11730
faye.williams@eeoc.gov

AMY BLACK
Supervisory Trial Attorney
TN Bar No. 016102
amy.black@eeoc.gov

*/s/ Roslyn Griffin Pack*
ROSLYN GRIFFIN PACK
Trial Attorney
MS Bar No. 103317
roslyn.griffin-pack@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
1407 Union Avenue, Suite 900
Memphis, TN 38104
901-701-6445

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on the following attorney(s) by electronic means.

Charles K. Grant
Cgrant@bakerdonelson.com

Ronald Wayne Taylor
Rwtaylor@venable.com

Jonathan O. Harris
Jon.harris@ogletree.com

Karel Mazanec
KMazanec@venable.com

Todd J. Horn
TJHorn@Venable.com

s/ *Roslyn Griffin Pack*
Roslyn Griffin Pack