# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Case No. 3:21-cv-753 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| THE WHITING-TURNER CONTRACTING COMPANY | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Katelyn R. Dwyer hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for The Whiting-Turner Contracting Company.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

N/A

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Katelyn R. Dwyer    Signature

Name: Katelyn R. Dwyer
State where admitted and State Bar Number: Ohio    Bar # 0099186
Business Address: 1600 West End Avenue, Suite 2000, Nashville, TN 37203
Local Address [if different from above]:
Phone: (615) 726-5777
Email: kdwyer@bakerdonelson.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hereby certify that on this 3rd day of August 2022 a true and correct copy of the foregoing was filed electronically and served via the Court's Electronic Case Filing System on all counsel of record.

Amy F. Black
Faye A. Williams
Roslyn Griffin Pack
Equal Employment Opportunity commission
1407 Union Avenue, Suite 900
Memphis, TN 38104
AMY.BLACK@EEOC.GOV
FAYE.WILLIAMS@EEOC.GOV
ROSLYN.GRIFFIN-PACK@EEOC.GOV

s/ Katelyn R. Dwyer

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]