# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : : : |
| *Plaintiff*, | : : |
| v. | Civil Action No. 3:21-cv-753 : : |
| **THE WHITING-TURNER CONTRACTING COMPANY,** | JUDGE CRENSHAW : Magistrate Judge Newbern : : |
| *Defendant*. | : : |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
## THE WHITING-TURNER CONTRACTING COMPANY

Undersigned counsel gives notice of his appearance on behalf of Defendant The Whiting-Turner Contracting Company, along with Charles K. Grant and Baker Donelson Bearman Caldwell & Berkowitz, PC.

    Respectfully submitted,

    */s/ Denmark J. Grant*
    Charles K. Grant, BPR No. 017081
    Denmark J. Grant, BPR No. 036808
    BAKER, DONELSON, BEARMAN, CALDWELL
    & BERKOWITZ, PC
    1600 West End Avenue, Suite 2000
    Nashville, TN 37203
    Telephone: (615) 726-5600
    Facsimile: (615) 726-0464
    cgrant@bakerdonelson.com

    Ronald W. Taylor
    *(admitted pro hac vice)*
    Todd J. Horn
    *(admitted pro hac vice)*
    VENABLE LLP
    750 E. Pratt Street, Suite 900
    Baltimore, MD 21202
    Tel: (410) 244-7654

Fax: (410) 244-7742

Karel Mazanec
*(admitted pro hac vice)*
VENABLE LLP
600 Massachusetts Ave
Washington, D.C. 20001
Tel: (202) 344-4320

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to the following parties of record:

Amy F. Black
Craig M. Smith
Faye A. Williams
Equal Employment Opportunity Commission
1407 Union Avenue, Suite 900
Memphis, TN 38104
Amy.black@eeoc.gov
Craig.smith@eeoc.gov
Faye.williams@eeoc.gov

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　*/s/ Denmark J. Grant*
　　　　　　　　　　　　　　　　　　　Denmark J. Grant