IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No. 3:21-cv-00753 ) Chief Judge Crenshaw ) Magistrate Judge Newbern |
| THE WHITING-TURNER CONTRACTING COMPANY, | ) ) ) |
| Defendant. | |

**DEFENDANT'S MOTION FOR RECONSIDERATION IN SUPPORT OF ARGUMENTS MADE DURING MARCH 2, 2023 PROCEEDINGS**

Defendant The Whiting-Turner Contracting Company ("Defendant" or "Whiting-Turner") hereby files this Motion for Reconsideration of the Court's March 3, 2023 Order ("Order") granting in part and denying in part its Expedited Motion to Modify the Initial Case Management Order by Extending the Fact Discovery Deadline for the Limited Purpose of Allowing Defendant to Depose Eleven Claimants. Magistrate Newbern specifically authorized the filing of this Motion for Reconsideration in her Order: "As stated in the hearing, if any party seeks reconsideration of this Order on the basis of evidence not provided at the March 2, 2023 hearing, it may file a motion by March 3, 2023." (Doc. 221, p. 3). As grounds, Defendant states that additional evidence indeed exists to show that the Order was premised on an incomplete picture of the events surrounding the depositions of William Richburg, Robert Nettles, and Reginald James. Further, Defendant argues that claimant Quevis Wright, who failed to attend his subpoenaed deposition (without providing either Defendant or Plaintiff with *any* prior notice or explanation) should be precluded from providing any evidence in this case due to his avoidance of deposition. Given his unilateral refusal

1

to attend his subpoenaed deposition, further accommodation of Mr. Wright, at this late date, at the expense of Defendant is unwarranted. A memorandum of law is contemporaneously filed in support.

Defendant respectfully requests that this Court reconsider its March 3, 2023 Order to include William Richburg, Reginald James, and Robert Nettles in the group of Claimants that Defendant is permitted to depose in light of the additional evidence provided herein.

Respectfully submitted,

*/s/ Charles K. Grant*
Charles K. Grant
Denmark J. Grant
Katelyn R. Dwyer
*(admitted pro hac vice)*
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Tel: (610) 726-5767
cgrant@bakerdonelson.com

Ronald W. Taylor
*(admitted pro hac vice)*
Todd J. Horn
*(admitted pro hac vice)*
Jacob J. Polce
*(admitted pro hac vice)*
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel: (410) 244-7654
Fax: (410) 244-7742

Karel Mazanec
*(admitted pro hac vice)*
VENABLE LLP
600 Massachusetts Ave
Washington, D.C. 20001
Tel: (202) 344-4320

2

*Counsel for Defendant The Whiting-Turner Contracting Company*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on March 3, 2023, I electronically filed the foregoing *Defendant's Motion in Support of Arguments Made During March 2, 2023 Proceedings* with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to the following parties of record:

Roslyn Griffin Pack, Esquire
Equal Opportunity Employment Commission
1407 Union Avenue, Suite 900
Memphis, TN 38104
roslyn.griffin-pack@eeoc.gov

Amy F. Black, Esquire
Equal Opportunity Employment Commission
1407 Union Avenue, Suite 900
Memphis, TN 38104
amy.black@eeoc.gov

Ashley Nicole Britney Finch
Equal Employment Opportunity Commission (Memphis Office)
1407 Union Avenue
Suite 900
Memphis, TN 38104
(931) 302-2626
Email: ashley.finch@eeoc.gov

Jeffrey A. Walker
Equal Employment Opportunity Commission (Memphis Office)
1407 Union Avenue
Suite 900
Memphis, TN 38104
(901) 685-4646
Email: jeffrey.walker@eeoc.gov

Neil Hillis
Equal Employment Opportunity Commission (Memphis Office)
1407 Union Avenue
Suite 900
Memphis, TN 38104
(901) 685-4647
Email: neil.hillis@eeoc.gov

Faye A. Williams
Equal Employment Opportunity Commission (Memphis Office)
1407 Union Avenue

Suite 900
Memphis, TN 38104
(901) 685-4609
Email: faye.williams@eeoc.gov

*/s/ Charles K. Grant*
Charles K. Grant