IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE WHITING-TURNER CONTRACTING COMPANY, <br><br> Defendant. | CIVIL ACTION NO.: 3:21-cv-00753 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern <br><br> JURY DEMAND |

**JOINT MOTION TO ENTER CONSENT DECREE**

The Equal Employment Opportunity Commission and The Whiting-Turner Contracting Company engaged in good faith settlement discussions to resolve this action and have reached a settlement in the form of a proposed Consent Decree, attached hereto as Exhibit A. The proposed decree is fair, adequate, reasonable, and consistent with the public's interest.

Contemporaneous to this filing, the Parties also submit a supporting memorandum.

ATTORNEYS FOR DEFENDANT:

*/s/ Charles K. Grant*
CHARLES K. GRANT
Baker Donelson Bearman
Caldwell & Berkowitz, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Tel: (610) 726-5767
cgrant@bakerdonelson.com

*/s/ Ronald W. Taylor*
RONALD W. TAYLOR
*(admitted pro hac vice)*
Venable LLP
750 E. Pratt Street, Suite 900

ATTORNEYS FOR PLAINTIFF:

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 11730
faye.williams@eeoc.gov

AMY BLACK
Supervisory Trial Attorney
TN Bar No. 016102
amy.black@eeoc.gov

*/s/ Roslyn Griffin Pack*
ROSLYN GRIFFIN PACK
Trial Attorney
MS Bar No. 103317

Baltimore, MD 21202
Tel: (410) 244-7654
rwtaylor@venable.com

roslyn.griffin-pack@eeoc.gov

JEFFREY WALKER
Trial Attorney
TN Bar No. 036553
jeffrey.walker@eeoc.gov

ASHLEY FINCH
Trial Attorney
TN Bar No. 036797
ashley.finch@eeoc.gov

NEIL HILLIS
Trial Attorney
TN Bar No. 03048
neil.hillis@eeoc.gov

MARCERIOUS KNOX
Trial Attorney
TN Bar No. 036851
marcerious.knox@eeoc.gov

RAQUEL CATO
Trial Attorney
TN Bar No. 040675
raquel.cato@eeoc.gov

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
200 Jefferson, Suite 1400
Memphis, TN 38104
901-701-6445